enforcing criminal laws. *Id.* at 816. That is, it would not be beneficial to punish someone for helping to enforce criminal laws when there is no indication of bad motive.

We hold that this reasoning is equally applicable in the false arrest situation. Citizen assistance in catching and detaining criminals should not be discouraged. Unless these citizens acted with "hatred, spite or ill will," we should not punish them for their assistance, even if wrongfully given. Therefore, the use of MAI 16.01 does not define the requisite culpable mental state warranting punitive damages in malicious prosecution *or* false arrest cases. Actual malice, as defined in *Sanders,* is required for punitive damages in a false arrest action.

█ Since the facts here do not indicate the necessary degree of malice to be present, we hold that it was error to submit the issue of punitive damages to the jury as a matter of law.

Judgment of the trial court is affirmed with respect to actual damages and reversed as to punitive damages.

DOWD and PUDLOWSKI, JJ., concur.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and TURNAGE and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from convictions after jury trial for first-degree robbery, § 569.020, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, with sentences of two consecutive 15–year terms of imprisonment,

Affirmed. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Tyrone FERGUSON, Appellant.**

**No. WD 39027.**

Missouri Court of Appeals,
Western District.

Jan. 19, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 1, 1988.

Application to Transfer Denied
April 19, 1988.

---

**STATE of Missouri, Respondent,**

v.

**Victor MALLORY, Appellant.**

**No. WD 39334.**

Missouri Court of Appeals,
Western District.

Jan. 19, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 1, 1988.

Application to Transfer Denied
April 19, 1988.